GLYNN & FINLEY, LLP
CLEMENT L. GLYNN (Bar No. 57117)
JONATHAN A. ELDREDGE (Bar No. 238559)
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975

Attorneys for Plaintiff
Robert J. Sehr, Jr., as successor trustee of the
Weller Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. SEHR, JR. as successor trustee of the WELLER TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>BRYAN WELLER, an individual; UNITED STATES OF AMERICA; STATE OF CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT; ALL PERSONS UNKNOWN CLAIMING ANY INTEREST IN THE PROPERTY, and DOES 1 through 50, inclusive,<br><br>Defendants. | **Case No.** CV 14-02100 VC<br><br>**STATUS REPORT** |

Per the Court's June 11, 2014 order (Docket No. 11), Plaintiff writes to update the Court on the status of the underlying partition action for the residential property. On August 5, 2014, the parties appeared in the Superior Court for the County of Contra Costa on the Report of Sale by Referee and Motion to Confirm Sale of Real Property. By order issued August 6, 2014, the Superior Court confirmed the sale of the residential property to defendant Bryan Weller. Escrow is set to close on September 4, 2014. All liens on the residential property, including the federal tax liens at issue in this partition action, should be paid out of the escrow proceeds. Once those federal tax liens are paid, defendant the United State of America will be dismissed from this case, which should result in the remand of this case to the Superior Court.

1         At the suggestion of the United States of America, Plaintiff requests that this case be
2 stayed an additional 30 days (from September 9, 2014 to October 9, 2014) and the status
3 conference (currently set for September 16, 2014) be vacated.  This should give enough time for
4 the escrow to close, the federal tax liens to be paid off and Plaintiff dismissing the United States
5 of America from this case.  Plaintiff's counsel contacted all defense counsel in this case and
6 received no objection to this request for an extension of the stay.

7         Dated:  August 25, 2014

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN
JONATHAN A. ELDREDGE

By /s/Jonathan A. Eldredge
Attorneys for Plaintiff
Robert J. Sehr, Jr., as successor trustee
of the Weller Trust

Date: August 26, 2014

IT IS SO ORDERED

Judge Vince Chhabria

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -
STATUS REPORT