```
1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-078T)
   Chief, Tax Division
3  CYNTHIA STIER (DCBN 423256)
   Assistant United States Attorney
4      450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7000
6      FAX: (415) 436-7009
7  Attorneys for the United States
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT J. SEHR, JR., as successor trustee of the WELLER TRUST,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN WELLER, et al.<br><br>Defendants. | Case No. C-14-02100-VC<br><br>STIPULATION TO DISMISS UNITED STATES OF AMERICA AND [PROPOSED] ORDER |

It is hereby stipulated by and between plaintiff Robert J. Sehr, Jr., as successor trustee of the Weller Trust, and defendants Bryan Weller individually, and United States of America, by and through their counsel, that the United States, be dismissed from this lawsuit.

In support of this stipulation, the parties state as follows:

1. On April 1, 2014, Plaintiff filed this lawsuit in Department 14 of the Superior Court of California (Contra Costa County), naming the United States of America as a defendant by virtue of a federal tax lien encumbering real property at issue in the lawsuit.

2. On May 7, 2014, the United States removed this action to the United States District Court for the Northern District of California.

//

3. The United States is a party to this action because a federal tax lien encumbered real property at issue in this lawsuit thereby allowing removal based on federal jurisdiction. The United States has now received full payment of the federal tax lien and joins in this Stipulation seeking to be dismissed as a party to this lawsuit.

4. The parties ask that, after the United States is dismissed from this lawsuit, the case be remanded back to Department 14 of the Superior Court of California (Contra Costa County) for further proceedings.

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/ Cynthia Stier
CYNTHIA L. STIER
Assistant United States Attorney
Tax Division

JONATHAN ELDREDGE
Attorney for Plaintiff
Robert J. Sehr, Jr., as successor trustee of the Weller Trust.

THOMAS BLOMBERG
Attorney for Defendant
Bryan Weller, individually

ORDER

After consideration of the Stipulation to Dismiss the United States filed by the plaintiff and the defendants, Bryan Weller individually, and the United States, IT IS HEREBY ORDERED that:

1. The United States is dismissed from this case; and

2. This case is remanded to Department 14 of the Superior Court of California (Contra Costa County) for further proceedings.

DATED this 14th day of October, 2014.

VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE